IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

    Plaintiff,

v.    Civ. No. 19-516 MV/GJF

MARGARET DUBBIN and
MARK DUBBIN,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Judge Fouratt's Proposed Findings and Recommended Disposition (the "PFRD"), [Doc. 14], filed September 17, 2019. In the PFRD, Judge Fouratt recommended that Plaintiff's *Motion for Default Judgment* [Doc. 11], be granted and that the Clerk of Court be directed to enter judgment against Defendants in the sum certain amount of $210,929.40. *See* Doc. 14. On its final page, the PFRD cautioned the parties about the affirmative obligation to file objections to the PFRD within 14 days in order to preserve their right to further review. *Id*. at 6 (stating in bold-face that a "party must file any objections with the Clerk of the District Court within the fourteen-day period of that party wants to have appellate review of the proposed findings and recommended disposition. If no objections are filed, no appellate review will be allowed."). No objections have been filed and the deadline of October 1, 2019, has passed. The recommendations of Judge Fouratt are therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Default Judgment* [Doc. 11], be **GRANTED** and that the Clerk of Court be directed to enter judgment against Defendants in the sum certain amount of $210,929.40.

_____
MARTHA VAZQUEZ
United States District Judge